**Order entered March 26, 2014**



**In The**

## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-13-01137-CR

**LUIS RODOLFO LOPEZ, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 194th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F11-60773-M**

## ORDER

On February 18, 2014, this Court ordered the Dallas County District Clerk to file the clerk's record within twenty-one days. To date, we have not received the clerk's record, nor have we received any correspondence from the Dallas County District Clerk regarding the status of the record.

Accordingly, we **ORDER** the Dallas County District Clerk to file the clerk's record in this appeal within **TEN DAYS** of the date of this order.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to Gary Fitzsimmons, Dallas County District Clerk; the Dallas County District Clerk's Office, Criminal Records Division; and to counsel for all parties.

/s/     LANA MYERS
        JUSTICE